RECEIVED IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2005 NOV -7 A 10: 00

DISTRICT COURT
MIDDLE DISTRICT ALA.

| UNITED STATES OF AMERICA, | * |
| | * |
| | * |
| | * |
| v. | * CASE NO. 2:05MJ137-W |
| | * |
| LEEANDORA WOODS | * |

## NOTICE OF APPEARANCE

Comes now the undersigned counsel and enters her appearance in this cause as Counsel

for Leeandora Woods.

Respectfully submitted this 7th day of November 2005.

Susan G. James (JAM0122)

Susan G. James
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc a aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2005, I filed the foregoing with the Clerk of Court
notification of such filing to the following:

Kent Brunson
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Counsel