IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| PLAINTIFF | ) | |
| vs. | ) | 2:05 - mj - 137 |
| | ) | |
| LEEANDORA WOODS, | ) | |
| DEFENDANT | ) | |

## MOTION TO WITHDRAW

Comes now Undersigned Attorney and moves this Honorable Court to withdraw. Defendant Woods has retained other attorney. He has retained the Honorable Susan James to represent him from here forward.

WHEREFORE, THESE PREMISES CONSIDERED, Undersigned attorney moves this Honorable Court to withdraw.

Respectfully submitted,

William H. Turner

ADDRESS OF ATTORNEY:
449 South McDonough Street
Montgomery, Alabama 36104
Telephone: (334) 265-7818
email: Flytwo@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion upon the U.S. Attorney's Office via U.S. Mail, Attorney Susan James, via her State Court house box, and to Defendant Woods, via personal delivery on this the 7th day of November, in the year 2005, A.D.

Criminal law / Withdrawal Fed / Woods