IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr267-T |
| | ) | WO |
| LEEANDORA WOODS | ) | |

**ORDER ON MOTION**

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held in this case on November 7, 2005. I find that the credible testimony and information submitted at the hearing establishes by clear and convincing evidence that defendant attempted to flee during a traffic stop and was taken into custody after a short foot pursuit. Officers used a Taser to stop the defendant. Defendant has a lengthy criminal history with multiple arrests for weapons offenses as well as a number of probation violation charges. He was convicted of an assault in which he allegedly pulled a semi-automatic handgun on someone who refused to buy drugs from him. Officers found a shoulder held rocket launcher and several firearms in the residence which defendant left just before the traffic stop, and the automobile that defendant was driving contained crack cocaine, powder cocaine and marijuana. This case involves a large quantity of drugs and the possibility of a substantial sentence for defendant if he is convicted. Defendant is charged with an offense for which a maximum sentence of ten years of more is prescribed, and he did not rebut the presumption that no conditions or combination of conditions will reasonably assure the appearance of the defendant or protect the community. Based on the foregoing, the court concludes that there are no conditions or combination of conditions which will reasonably assure the appearance

of the defendant or protect the community and that the defendant should be detained.

Therefore, it is ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE, this 17th day of February, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE