IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05CR267-T |
| | ) | |
| LEEANDORA WOODS | ) | |

**ORDER**

On November 3, 2005, Attorney William H. Turner entered an appearance to represent the defendant. On November 7, 2005, Attorney Susan James filed a notice of appearance on the defendant's behalf. On November 7, 2005, Attorney Turner filed a motion to withdraw (doc. # 21). Upon consideration of the motion to withdraw, and for good cause, it is

ORDERED that the motion to withdraw as attorney (doc. # 21) filed by Attorney Turner be and is hereby GRANTED.

Done this 22nd day of November, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE