# COURTROOM DEPUTY MINUTES  DATE: 11/30/05
## MIDDLE DISTRICT OF ALABAMA

**DIGITAL RECORDING: 11:15 - 11:19**

- √ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- √ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **CHARLES S. COODY**    DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:05CR267-T-CSC**    DEFT. NAME: **LEEANDORA WOODS**

USA: **KARL DAVID COOKE, JR.**    ATTY: **JEFF DUFFEY FOR SUSAN JAMES**

Type Counsel: ( √ ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO;

USPTSO/USPO: _____

Defendant _____ does  √ does NOT need an interpreter;
Interpreter present  √ NO ___ YES   NAME _____

- ☐ Kars.    Date of Arrest _____ or  ☐ karsr40
- √ kia.    Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- ☐ kcnsl.    Deft. First Appearance with Counsel
- ☐    · Requests appointed Counsel  ☐ ORAL MOTION for Appointment of Counsel
- ☐ Finaff.    Financial Affidavit executed  ☐ to be obtained by PTSO
- ☐ koappted    **ORAL ORDER** appointing Community Defender Organization  - **Notice to be filed.**
- ☐ 20appt.    Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐    Deft. Advises he will retain counsel. Has retained _____
- ☐    Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
- ☐    Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐    **DETENTION HRG** ☐ held; ☐ Set for _____; ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn.    **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.    Release order entered.  ☐ Deft. advised of conditions of release.
- ☐ kbnd.    ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
-    ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ loc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.    Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.    Waiver of  ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐    Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- √ Karr.    ARRAIGNMENT SET FOR: _____  √ **HELD**. Plea of **NOT GUILTY** entered.
    - √ **Trial Term** 1/23/06 ; ☐ **PRETRIAL CONFERENCE DATE:** 1/3/06
    - √ **DISCOVERY DISCLOSURES DATE:** 12/2/05
- ☐ Krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.    Identity/Removal Hearing set for _____
- ☐ Kwvspt    **Waiver of Speedy Trial Act Rights Executed.**