IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05CR267-T |
| | ) | |
| PRESTON GRICE | ) | |
| LEEANDORA WOODS | ) | |
| COREY HARVEY | ) | |

**ORDER**

For good cause, it is

ORDERED that oral argument presently set on **December 9, 2005, at 11:00 a.m.** be

and is hereby CONTINUED generally.

Done this 8th day of December, 2005.


            /s/Charles S. Coody
            CHARLES S. COODY
            CHIEF UNITED STATES MAGISTRATE JUDGE